■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LAMAR BROOKS, Appellant. [619 NYS2d 605] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered December 15, 1992, convicting him of assault in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his identity was not preserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Duuvon,* 77 NY2d 541; *People v Dawson,* 185 AD2d 854; *People v Johnson,* 185 AD2d 247). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

We find that, in light of the defendant's background and criminal history, the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80, 83). Thompson, J. P., Balletta, Rosenblatt and Florio, JJ., concur.